SHAWN C. LOORZ, State Bar # 016572 (pending Court admission)
JEFFERY C. LONG, State Bar # 009430
**LEVANGIE LONG LOORZ**
2969 Prospect Park Drive, Suite 125
Rancho Cordova, CA  95670
Tel:  (916) 443-4849 | Fax:  (916) 443-4855
Email: shawn.loorz@llg-law.com
             jeffery.long@llg-law.com

JENNIFER MAHE, State Bar #009620
**MAHE LAW, LTD.**
707 N. Minnesota Street, Suite D
Carson City, NV  89703
Tel:  (775) 297-4321 | Fax:  (775) 297-4258

Attorneys for Defendant
YOUNG MEN'S CHRISTIAN ASSOCIATION
OF SOUTHERN NEVADA dba YMCA of
Southern Nevada, a Nevada Nonprofit Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTINE LUCID, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION OF SOUTHERN NEVADA d/b/a YMCA OF SOUTHERN NEVADA, a Nevada Nonprofit Corporation,<br><br>Defendant. | CASE NO. 2:25-cv-02018-JAD-MDC<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

The parties, Plaintiff JUSTINE LUCID ("Plaintiff") and Defendant YOUNG MEN'S CHRISTIAN ASSOCIATION OF SOUTHERN NEVADA d/b/a YMCA OF SOUTHERN NEVADA ("Defendant"), by and through their counsel of record, hereby stipulate to and request an order setting aside the Default entered against Defendant on November 17, 2025 (Dkt. 7) as follows:

1. WHEREAS, October 17, 2025, Plaintiff filed her Complaint against Defendant. [Dkt.1].

///

1
**STIPULATION AND ORDER TO SET ASIDE DEFAULT**

2. WHEREAS, Plaintiff served Defendant with the Summons and Complaint on October 22, 2025 [Dkt. 5].

3. WHEREAS, Defendants' deadline to respond to the Complaint was November 12, 2025;

4. WHEREAS, Plaintiff submitted a Motion for Clerk's Entry of Default against Defendant on November 14, 2025 [Dkt. 6].

5. WHEREAS, on or about November 17, 2025, the Clerk of the Court, entered a default judgment against Defendant [Dkt. 7].

6. NOW THEREFORE, the Parties, by and through their respective counsel, hereby stipulate to and request an order setting aside the Default, and that Defendant be allowed to file an Answer to Plaintiff's Complaint as soon as practicable and which will accompany the filing of this stipulation for independent filing.

IT IS SO STIPULATED.

DATED: 12/5/2025                HKM EMPLOYMENT ATTORNEYS LLP

By: *Michael Arata*
MICHAEL ARATA
Attorneys for Plaintiff JUSTINE LUCID

DATED: 12/5/2025                LEVANGIE LONG LOORZ

By: *Jeffery C. Long*
JEFFERY C. LONG
SHAWN C. LOORZ (pending Court admission)
Attorneys for Defendant
YOUNG MEN'S CHRISTIAN ASSOCIATION OF SOUTHERN NEVADA dba YMCA of Southern Nevada, a Nevada Nonprofit Corporation

## ORDER

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the default entered against Defendant YOUNG MEN'S CHRISTIAN ASSOCIATION OF SOUTHERN NEVADA d/b/a YMCA OF SOUTHERN NEVADA on November 17, 2025 (Dkt. 7) is set aside and that Defendant's Answer accompanying this (Proposed) Stipulation and Order to Set Aside Default be filed accordingly.

DATE: December 8, 2025

_____
Honorable Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE