**MICHAEL ARATA, ESQ.**
Nevada Bar No. 11902
E-mail: marata@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
8565 S. Eastern Avenue, Suite 162
Las Vegas, Nevada 89123
Tel: (702) 577-3029
Fax: (702) 577-3029
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JUSTINE LUCID, an Individual, | |
| Plaintiff, | **CASE NO.: 2:25-cv-02018** -JAD-MDC |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF SOUTHERN NEVADA d/b/a YMCA OF SOUTHERN NEVADA, a Nevada Nonprofit Corporation, | |
| Defendants. | |

The parties, Plaintiff JUSTINE LUCID ("Plaintiff"), and Defendant YOUNG MEN'S CHRISTIAN ASSOCIATION OF SOUTHERN NEVADA d/b/a YMCA OF SOUTHERN NEVADA ("Defendant"), by and through their respective attorneys of record, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED that the Complaint in this matter be dismissed with prejudice, and that each party bear their own attorney fees and costs.

This submission is made pursuant to the Joint Notice of Settlement filed on June 15, 2026. (ECF No. 25). Trial in this matter has not been set.

Dated this 2nd day of July 2026.

HKM EMPLOYMENT ATTORNEYS, LLP    LEVANGIE LONG LOORZ

/s/ Michael Arata
MICHAEL ARATA, ESQ.
Nevada Bar No. 11902
E-mail: marata@hkm.com
8565 S. Eastern Avenue, Suite 162
Las Vegas, Nevada 89123
Tel: (702) 577-3029
Fax: (702) 577-3029
Attorneys for Plaintiff

/s/ Shawn Loorz
SHAWN C. LOORZ, ESQ.
State Bar # 016572
Email: shawn.loorz@llg-law.com
JEFFERY C. LONG, ESQ.
State Bar # 009430
Email: jeffery.long@llg-law.com
2969 Prospect Park Drive, Suite 125
Rancho Cordova, CA  95670
Telephone: (916) 443-4849
Fax: (916) 443-4855
Attorneys for Defendant

## ORDER

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 8, 2026

Page **2** of **2**